```
                    UNITED STATES DISTRICT COURT
                 FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

YAKOV DRABOVSKIY,                    :
                                     :CIVIL ACTION NO. 3:14-CV-485
          Petitioner,                :
                                     :(JUDGE CONABOY)
     v.                              :(Magistrate Judge Carlson)
                                     :
UNITED STATES OF AMERICA,            :
                                     :
          Respondent.                :
                                     :
```
___

## ORDER

**AND NOW, THIS 31st DAY OF MARCH 2014, FOR THE REASONS DISCUSSED IN THE SIMULTANEOUSLY FILED MEMORANDUM, IT IS HEREBY ORDERED THAT:**

1. Magistrate Judge Carlson's Report and Recommendation (Doc. 3) is adopted in part;

2. Petitioner's claims regarding the constitutionality of the statute of conviction, 8 U.S.C. § 1253, which are properly raised in a 28 U.S.C. § 2255 motion are transferred to the United States District Court for the Western District of Louisiana pursuant to 28 U.S.C. § 1631;

3. Petitioner's claims regarding the constitutionality of statutes related to his order of removal are transferred to the United States Court of Appeals for the Fifth Circuit pursuant to 28 U.S.C. § 1631;

4. The petition is dismissed in all other respects;

5. Petitioner's motion for leave to proceed *in forma pauperis* (Doc. 2) is granted for this filing only;

6. The Clerk of Court is to mark this matter closed in this Court.


                        S/Richard P. Conaboy
                        RICHARD P. CONABOY
                        United States District Judge